FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 25 2025 ★

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

RECD IN PRO SE OFFICE
NOV 25 '25

David Bodrick
_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

The City of New York, Officer
Erasmo Troia, Officer's - John Doe's
_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil Rights**

RECEIVED

(Non-Prisoner Complaint)

NOV 25 2025

Case No. _____

EDNY PRO SE OFFICE

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | David Bodrick |
| Street Address | 1786 Atherton Ave. |
| City and County | Elmont, Nassau County |
| State and Zip Code | NY 11003 |
| Telephone Number | 718-249-6266 |
| E-mail Address | Dbodrick86@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | "See attached" |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

**Defendant No. 2**

Name     *See Attached*

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

**Defendant No. 3**

Name     *See Attached*

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

**Defendant No. 4**

Name     *See Attached*

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

3

**II.     Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☑     State or local officials (a § 1983 claim)

☐     Federal officials (a *Bivens* claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____See Attached_____

_____

_____

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

_See Attached_

B.    What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached_

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attached_

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_____See Attached_____

_____

_____

_____

_____

_____

_____

_____

V.    **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_____See Attached_____

_____

_____

_____

_____

_____

_____

_____

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 15, 2025.

Signature of Plaintiff    D. Bodrick   All Rights Reserved

Printed Name of Plaintiff   David Bodrick   All Rights Reserved

7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

## CIVIL RIGHTS COMPLAINT (42 U.S.C. § 1983)

**Non-Prisoner Complaint Form – Completed for Plaintiff David Bodrick**

---

## I. Parties to This Complaint

### A. Plaintiff

**Name:** David Bodrick
**Address:** 1786 Atherton Ave Elmont, NY 11003
**Phone:** 718-249-6260
**Email:** dbodrick86@gmail.com

---

### B. Defendants

1. **Defendant 1:** The City of New York
   **Address:** 100 Church Street, New York, NY 10007
   **Official Capacity:** Municipality responsible for NYPD policies, training, customs, discipline, and supervision.

2. **Defendant 2:** The City of New York Law Department
   **Address:** 100 Church Street, New York, NY 10007
   **Description:** Municipal agency responsible for oversight, legal representation, and policy enforcement affecting NYPD operations. Sued in official capacity.

3. **Defendant 3:** Officer Erasmo Troia
   **TAX REG#:** 965578
   **Employment:** NYPD Officer acting under color of state law.
   **Capacity:** Individual and official capacity.

4. **Defendant 4:** NYPD Lieutenant (Name Unknown)
   **Description:** Lieutenant who deployed the taser twice while plaintiff was handcuffed.
   **Capacity:** Individual and official capacity.

5. **Defendant 5:** NYPD Officer (Name Unknown) – partner of Officer Troia
   **Capacity:** Individual and official capacity.

1

6. **Defendant 1:** The City of New York
   **Official Capacity:** Municipality responsible for NYPD policies, training, customs, discipline, and supervision.

7. **Defendant 2:** Officer Erasmo Troia
   **TAX REG#:** 965578
   **Employment:** NYPD Officer acting under color of state law.
   **Capacity:** Individual and official capacity.

8. **Defendant 3:** NYPD Lieutenant (Name Unknown)
   **Description:** Lieutenant who deployed the taser twice while plaintiff was handcuffed.
   **Capacity:** Individual and official capacity.

9. **Defendant 4:** NYPD Officer (Name Unknown) – partner of Officer Troia
   **Capacity:** Individual and official capacity.

---

# II. Basis for Jurisdiction

This action is brought under **42 U.S.C. § 1983** to address violations of the Plaintiff's rights under the:

- **Fourth Amendment** – unlawful stop, unlawful arrest, unlawful search, excessive force
- **Fourteenth Amendment** – due process violations
- **First Amendment** – retaliation related to filming the police (if applicable)

Jurisdiction is proper under **28 U.S.C. §§ 1331 and 1343(a)(3).**

---

# III. Statement of Claim

## A. Date and Time of Events:

**November 26, 2022 – Between 10:59 PM and 11:14 PM**

## B. Location:

**Southeast intersection of Cypress Avenue and Vermont Place, Queens, New York (104th Precinct jurisdiction)**

---

## C. Facts

On November 26, 2022, Plaintiff **David Bodrick** was lawfully driving when he was pulled over by **NYPD Officer Erasmo Troia (TAX REG# 965578)** and an unidentified partner. After Plaintiff complied and handed over his ID and registration, Officer Troia returned and displayed a mugshot from a prior case that was legally required to be sealed under **CPL § 160.**

2

Officer Troia then stated Plaintiff had an "I-Card" and ordered him out of the vehicle. When Plaintiff asked why, officers forcibly opened his vehicle door and physically removed him. During this time, Plaintiff's friend **Cecilya Solise** recorded the encounter and contacted Plaintiff's mother and sister.

Plaintiff was placed in handcuffs. He instructed officers to give his vehicle keys to Cecilya Solise, but officers refused and stated that they intended to impound the vehicle. Plaintiff protested the unlawful arrest, which lacked probable cause.

Backup officers arrived. While Plaintiff was **handcuffed in the back of the police vehicle**, an **NYPD lieutenant (name unknown) tased Plaintiff twice** without justification.

Plaintiff was then transported to a hospital (name unknown) for treatment of taser-related injuries. His vehicle was unlawfully seized and searched without probable cause. Afterward, he was taken to the **104th Precinct** and processed.

All criminal charges were **dismissed on March 24, 2023**.

Plaintiff suffered physical injuries, emotional distress, financial loss, and ongoing trauma resulting from the unconstitutional actions of the defendants.

---

## D. Legal Claims (Causes of Action)

As a result of the actions described above, Defendants violated Plaintiff's rights as follows:

**1. Excessive Force (§1983 – Fourth Amendment)**
Deploying a taser twice while Plaintiff was handcuffed in the back of a patrol vehicle constituted objectively unreasonable and excessive force.

**2. False Arrest (§1983 – Fourth Amendment)**
Plaintiff was arrested without probable cause, based on an unlawful use of a sealed mugshot and a fabricated I-Card notification.

**3. False Imprisonment (§1983)**
Plaintiff was detained, transported, and processed without legal justification.

**4. Malicious Prosecution (§1983)**
Defendants initiated criminal charges without probable cause; charges were dismissed on March 24, 2023.

**5. Unlawful Search and Seizure (§1983 – Fourth Amendment)**
Plaintiff's vehicle was searched and seized without a warrant or probable cause.

**6. Failure to Intervene (§1983)**
Other officers failed to intervene to stop the excessive force, unlawful arrest, or unconstitutional conduct.

**7. First Amendment Retaliation (§1983)**
Plaintiff was targeted and escalated upon after filming of the incident began.

**8. Assault and Battery (State Law)**
Forcibly removing Plaintiff from his vehicle, restraining him, and tasing him constituted intentional harmful contact.

**9. Negligent Hiring, Training, and Supervision**
The City failed to properly supervise and train officers, enabling unconstitutional conduct.

**10. Municipal Liability (Monell Claim)**
The City of New York maintained policies, customs, or practices that caused the violations of Plaintiff's rights.

## IV. Injuries**

Plaintiff suffered:

- Extreme pain from two taser deployments while handcuffed
- Burns and nerve pain from taser contacts
- Bruising and soft-tissue injuries from being forcibly removed from his vehicle
- Emotional trauma, anxiety, psychological distress
- Financial losses, including impound fees and legal expenses
- Loss of liberty, humiliation, and reputational harm

## V. Relief Requested

Plaintiff seeks:

- **Compensatory damages:** \$10,000,000 for physical, emotional, and financial harm
- **Punitive damages** against individual officers for reckless and malicious conduct
- **Declaratory relief** stating Defendants violated Plaintiff's constitutional rights
- **Costs and fees** under 42 U.S.C. § 1988
- Any further relief deemed just and proper

## VI. Rule 11 Certification

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after

4

a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## VII. Plaintiff's Signature**

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** D. Bodrick, All Rights Reserved

**Name:** David Bodrick

**Date:** November 15, 2025

5